Rel: April 28, 2023

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is printed in **Southern Reporter**.

# SUPREME COURT OF ALABAMA

## OCTOBER TERM, 2022-2023

_____

### SC-2022-0662

_____

### D.R. Horton, Inc.-Birmingham

v.

### Bellaton Property Owners Association, Inc.

### Appeal from Baldwin Circuit Court
### (CV-20-900389)

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(B), Ala. R. App. P.

Shaw, Wise, Bryan, Mendheim, and Mitchell, JJ., concur.

Parker, C.J., concurs in part and dissents in part, with opinion.

Sellers, J., dissents, without opinion.

Cook, J., recuses himself.

PARKER, Chief Justice (concurring in part and dissenting in part).

I dissent from affirming the Baldwin Circuit Court's judgment in favor of Bellaton Property Owners Association, Inc. ("the Association"), with regard to the Association's breach-of-contract claim against D.R. Horton, Inc.-Birmingham. I concur in affirming the judgment with regard to all other claims.